NO. 07-09-0244-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 5, 2010

_____

JAMES L. OTWELL,

Appellant

V.

VESTIN MORTGAGE, INC. and VESTIN FUND II, L.L.C.,

Appellee

_____

FROM THE 419th DISTRICT COURT OF TRAVIS COUNTY;

NO. D-1-GN-08-000170; HONORABLE STEPHEN YELENOSKY, PRESIDING

_____

***ORDER DISMISSING APPEAL***

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant has filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice